DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Appellant,

v.

**ADVANCED MEDICAL & REHABILITATION OF MIAMI, INC.**
a/a/o **BEATRICE TAVARES,**
Appellee.

No. 4D21-353

[November 10, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case Nos. COCE17-007429 and CACE19-005625.

Michael A. Rosenberg, Peter D. Weinstein and Adrianna de la Cruz-Munoz, Plantation, for appellant.

Mac S. Phillips of Phillips|Tadros, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Geico Indemnity Co. v. Muransky Chiropractic P.A.*, 323 So. 3d 742 (Fla. 4th DCA 2021).

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***